D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DARIAN TRENT,

                Petitioner,

    -against-

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------------------X
FEUERSTEIN, J.

**ORDER**
09-CV-5546 (SJF)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ MAR 15 2012 ★
LONG ISLAND OFFICE

By order dated January 17, 2012, the Court denied petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Since petitioner did not make a substantial showing of the denial of a constitutional right, a certificate of appealability from the final judgment in this proceeding is denied. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003).

The Clerk of the Court is directed to serve copies of this order upon all parties in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

                                      s/ Sandra J. Feuerstein
                                      _____
                                      Sandra J. Feuerstein
                                      United States District Judge

Dated:       March 15, 2012
               Central Islip, New York